Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN #82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com
        cwheeler@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Plaintiff CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 EDL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE ND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
|---|---|
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

///

///

1

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 4, 2007

COZEN O'CONNOR

By: _____
Daniel D. Harshman
Attorneys for Plaintiff
PSI CORPORATION, f/k/a
FRIENDLYWAY CORPORATION,
f/k/a BIOFARM, INC.

SAN_FRANCISCO\41184\1  198844.000

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE ND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
CASE NO. C 07-02869 EDL