1
2
3
4
5
6
7
8

Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN #82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA  94104
Telephone:  (415) 617-6100
Facsimile: (415) 617-6101
E-mail:  dharshman@cozen.com
            cwheeler@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

9
10

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

11
12
13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| Plaintiff CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 SBA <br><br> **NOTICE OF PSI CORPORATION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | Date :   TBD <br> Time :   TBD <br> Place :   TBD |

24
25
26
27

PLEASE TAKE NOTICE that on _____ at _____, in Courtroom ___, located at

_____ Plaintiff PSI Corporation (f/k/a Friendlyway Corporation, f/k/a Biofarm, Inc.)

(hereinafter "PSI") will make a Motion for a Temporary Restraining Order.

28

1

Pursuant to Federal Rule of Civil Procedure 65, PSI moves for a temporary restraining order against Defendants Alexander von Welczeck, Henry Lo, Michael Draper and Friendlyway AG, Friendlyway, Inc., Karl Johannsmeier, Pacific Capsource, Inc. and Derma Plus, Inc., their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, restraining and enjoining them from

    a.    selling, assigning, encumbering, or transferring, in any manner, shares of PSI's stock;

    b.    taking any action to encumber or otherwise consign any interest in PSI stock that they presenting own, possess or control;

    c.    agreeing to or working in concert with any individual or entity to do or undertake any of the foregoing acts;

This motion is made on the grounds that the Defendants are in possession of corporate stock issued by Plaintiff which may be publicly traded, which stock is one of the subjects of this action, and Plaintiff will be irreparably harmed if Plaintiff's stock is sold, assigned, encumbered or transferred during the pendency of this action.

///

///

///

///

///

///

///

///

2

1    This motion is also based on the Complaint in this action, the Memorandum of Points and

2    Authorities and exhibits thereto, including the Declaration of Allan Esrine and David Forni, attached

3    as Exhibits B and D, respectively, submitted herewith, the Rule 65-1(b) Declaration of Charles E.

4    Wheeler submitted herewith, and such further evidence and agreement, oral and written, as is

5    submitted at or before the hearing of this motion.

6
7    Dated: June 4, 2007                              COZEN O'CONNOR

8

9                                                     By: /s/Daniel D. Harshman_____
                                                          Charles E. Wheeler
10                                                        Daniel D. Harshman
                                                          Attorneys for Plaintiff
11                                                        PSI CORPORATION, f/k/a
                                                          FRIENDLYWAY CORPORATION,
12                                                        f/k/a BIOFARM, INC.

13

14

15

16   SAN_FRANCISCO\41158\1  198844.000

17

18

19

20

21

22

23

24

25

26

27

28                                         3