Daniel D. Harshman (SBN#177139)
Charles E. Wheeler (SBN#82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104-2215
Telephone: 415/617-6100
Facsimile: 415/617-6101
Email: dharshman@cozen.com
       cwheeler@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>**COMPENDIUM OF DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | Date : TBD<br>Time : TBD<br>Place : TBD |

The following is a list of documents filed in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order:

1. Local Rule 65-1(b) Declaration of Charles E. Wheeler;

2. Notice of PSI Corporation's Ex Parte Motion for Temporary Restraining Order;

1

3. PSI Corporation's Memorandum of Points and Authorities in Support of its Motion for a Temporary Restraining Order, with attached Exhibits A – I;

    a) PSI Corporation's Memorandum, Part I, Exhibits A through C;

    b) PSI Corporation's Memorandum, Part II, Exhibits D through F;

    c) PSI Corporation's Memorandum, Part III, Exhibits G through I;

4. Declaration of Allan Esrine in Support of Plaintiff's Motion for a Temporary Restraining Order (see Exhibit B to Memorandum of Points and Authorities);

5. Declaration of David Foni in Support of Plaintiff's Motion for a Temporary Restraining Order (see Exhibit D to Memorandum of Points and Authorities); and

6. [Proposed] Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

Dated: June 5, 2007                               COZEN O'CONNOR

                                           By:   /s/Daniel D. Harshman
                                                   Daniel D. Hartman
                                                   Attorneys for Plaintiff
                                                   PSI CORPORATION, f/k/a
                                                   FRIENDLYWAY CORPORATION,
                                                   f/k/a BIOFARM, INC.