Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN# 82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com
cwheeler@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br>vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>**LOCAL RULE 65-1(b) DECLARATION OF CHARLES E. WHEELER IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | Date : TBD<br>Time : TBD<br>Place : TBD |

**LOCAL RULE 65-1(b) DECLARATION OF CHARLES E. WHEELER**

I, Charles E. Wheeler declare:

1. I am a partner with the law firm Cozen O'Connor. My firm represents the Plaintiff PSI Corporation ("PSI") in the above-captioned matter.

2. Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1(b), i.e., on June 4, 2007, at approximately 3:00 p.m., I gave telephone notice of this ex parte application to Lawrence

1

A. Weiss of Heller Ehrman, LLP, 275 Middlefield Road, Menlo Park, California, 94025, who represents nominal defendant Friendlyway Ag in related litigation pending in the San Francisco Superior Court, I also emailed the following documents to Mr. Weiss:

1. Complaint;
2. Notice of Ex Parte Motion;
3. Points and Authorities;
4. Declaration of Charles E. Wheeler; and
5. [Proposed] Temporary Restraining Order.

Cozen O'Connor does not know which of the remaining defendants are represented by Mr. Weiss. We also do not have current telephone numbers for individual defendants Alexander von Welczek, Michael Draper, Karl Heinz Johannsmeier, Pacific Capsource, Inc, Henry Lo and Derma Plus, Inc. Therefore I have sent this notice and accompanying documents via UPS overnight mail, to these remaining defendants pursuant to the address list attached hereto as Exhibit "A" indicating these Friendlyway Stockholders' addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of June, 2007 at San Francisco, California.

/s/Charles E. Wheeler
CHARLES E. WHEELER

SAN_FRANCISCO\41161\1  198844.000

2

RULE 65-1(b) DECLARATION OF CHARLES E. WHEELER IN SUPPORT OF
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER
Case No. C 07-02869 EDL

**EXHIBIT "A"**

1. Karl Heinz Johannsmeier
   8 Blanding Avenue
   Belvedere, CA 94920

2. Pacific Capsource, Inc.
   2325 Jackson, No. 303
   San Francisco, California 94115

3. Henry Lo
   2715 Scott Street
   San Francisco, California 94123

4. Derma Plus, Inc.
   405 – 12th Avenue, No. 204
   San Francisco, California 94118

RULE 65-1(b) DECLARATION OF CHARLES E. WHEELER IN SUPPORT OF
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER
Case No. C 07-02869 EDL