IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | No. C 07-02869 SBA<br><br>**ORDER** |

On June 5, 2007, plaintiff PSI Corporation filed a motion for a temporary restraining order. Good cause appearing,

IT IS HEREBY ORDERED THAT defendants shall file and serve on opposing counsel responsive briefing, if any, by **no later than 4:00 p.m. on Thursday, June 7, 2007**. Plaintiff shall file and serve on opposing counsel reply briefing, if any, by **no later than 10:00 a.m. on Friday, June 8, 2007**. The Court may, in its discretion, adjudicate the motion without a hearing. Should the Court determine that oral argument is necessary, the clerk will contact the parties to schedule a hearing.

IT IS SO ORDERED.

Dated: 6-6-07

SAUNDRA BROWN ARMSTRONG
United States District Judge