1  George M. Gowen III  (PA # 83210)
   COZEN O'CONNOR
2  1900 Market Street
   Philadelphia, PA  19103
3  Telephone: 215.665.2781
   Facsimile: 215.701.2028
4  Email:  ggowen@cozen.com

5  Attorneys for Plaintiff (*pro hac vice*)
   PSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No.: C 07-02869 SBA <br><br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

Pursuant to Civil L.R. 11-3, George M. Gowen III, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing PSI Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Daniel D. Harshman (SBN 177139), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June 6, 2007          COZEN O'CONNOR

By: /s/ George M. Gowen
George M. Gowen
Attorneys for Plaintiff (*pro hac vice*)
PSI CORPORATION

///
///

SAN_FRANCISCO\41220\1 198844.000
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2