1  George M. Gowen III (PA # 83210)
   COZEN O'CONNOR
2  1900 Market Street
   Philadelphia, PA 19103
3  Telephone: 215.665.2781
   Facsimile: 215.701.2028
4  Email: ggowen@cozen.com

5  Attorneys for Plaintiff (pro hac vice)
   PSI CORPORATION
6

**RECEIVED**

JUN - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 PSI CORPORATION, f/k/a/ FRIENDLYWAY    Case No.: C 07-02869 SBA
   CORPORATION, f/k/a BIOFARM, INC.,
12                                         (Proposed)
                  Plaintiffs,              ORDER GRANTING APPLICATION FOR
13                                         ADMISSION OF ATTORNEY PRO HAC
           vs.                             VICE
14
   ALEXANDER VON WELCZEK, HENRY LO,
15 MICHAEL DRAPER, and FRIENDLYWAY
   AG,
16
                  Defendants.
17
   FRIENDLYWAY, INC., KARL
18 JOHANNSMEIER, PACIFIC CAPSOURCE,
   INC., and DERMA PLUS, INC.,
19
                  Nominal Defendants.
20

21         George M. Gowen III, an active member in good standing of the bar of the Commonwealth

22 of Pennsylvania, whose business address and telephone number is Cozen O'Connor, 1900 Market

23 Street, Philadelphia, PA 19103, telephone number 215.665.2781, having applied in the above-

24 entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,

25 representing PSI Corporation,

26         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

28 vice. Service of papers upon and communication with co-counsel designated in the application will

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  DATED: June   , 2007                              _____
5                                                    United States District/Magistrate Judge
   ///
6  ///
7
8
...
28  SAN_FRANCISCO\41223\1 198544.000

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2