06-06-2007   12:32pm   From-Cozen O'Connor-San Francisco   +14158761101   T-338   P.002/056   F-170



David A. Felice (DE 4090); PA (94639);
AL (ASB-1232-D55F)
COZEN O'CONNOR
1201 North Market Street
Wilmington, Delaware   19801
Telephone: 302.295.2011
Facsimile: 866.776.8911
Email:  dfelice@cozen.com

Attorneys for Plaintiff (*pro hac vice*)
PSI CORPORATION

**FILED**

2007 JUN -6  PM 2: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>                    Defendants. | Case No.: C 07-02869 SBA<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>                    Nominal Defendants. | |

Pursuant to Civil L.R. 11-3 David A. Felice, an active member in good standing of the bars of the States of Delaware and Alabama and the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing PSI Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is: Daniel D. Harshman (SBN 177139), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June 6, 2007                          COZEN O'CONNOR

By: David A. Felice
    David A. Felice
    Attorneys for Plaintiff (*pro hac vice*)
    PSI CORPORATION

///
///

SAN_FRANCISCO\412181\1 198844.000

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611000836
Cashier ID: lenahac
Transaction Date: 06/06/2007
Payer Name: Worldwide Network Inc
-----------------------------------
PRO HAC VICE
 For: David A. Felice
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: George M. Gowen III
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 013027
 Amt Tendered:  $420.00
-----------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:       $0.00

C-07-2869-SBA for George M. Gowen
III and David A. Felice.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```