LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HOLLY B. BAUDLER (Bar No. 238843)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com
Holly.Baudler@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. 07-02869 SBA<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Saundra B. Armstrong<br>Time:<br>Complaint filed: June 1, 2007 |

Heller Ehrman LLP

NOTICE OF APPEARANCE
CASE NO. 07-02869 SBA

Please take notice that Laurence A. Weiss, Ryan D. Marsh and Holly B. Baudler of the law firm of Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, California 94025, Telephone: (650) 324-7000; Facsimile: (650) 324-0638; hereby appear in the above-captioned action on behalf of friendlyway AG.

DATED: June 7, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By /s/ LAURENCE A. WEISS
LAURENCE A. WEISS

Attorneys for Defendant
friendlyway AG

Heller Ehrman LLP

1

NOTICE OF APPEARANCE
CASE NO. 07-02869 SBA