LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HOLLY B. BAUDLER (Bar No. 238843)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com
Holly.Baudler@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>　　　　　　Defendants. | Case No. 07-02869 SBA<br><br>**DECLARATION OF HOLLY BAUDLER IN SUPPORT OF DEFENDANT FRIENDLYWAY AG'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Saundra B. Armstrong<br>Time:<br>Complaint filed: June 1, 2007 |

I, Holly Baudler, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and I am an associate at Heller Ehrman LLP, counsel for Defendant friendlyway AG. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Biofarm, Inc.'s report on Form 10-QSB filed with the Securities and Exchange Commission ("SEC") on September 14, 2004.

3. Attached as Exhibit 2 is a true and correct copy of Biofarm, Inc.'s report on Form 10-KSB filed with the SEC on February 14, 2005.

4. Attached as Exhibit 3 is a true and correct copy of the Report on Form 8-K filed with the SEC by FW Corp. on April 22, 2005.

5. Attached as Exhibit 4 is a true and correct copy of the Report on Form 8-K filed with the SEC by PSI on October 10, 2006.

6. Attached as Exhibit 5 is a true and correct copy of friendlyway Corp.'s ("FW Corp.") Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 filed with the SEC on June 1, 2005.

7. Attached as Exhibit 6 is a true and correct copy of freindlyway AG's amended statement on Schedule 13D filed with the SEC on May 27, 2005.

8. Attached as Exhibit 7 is a true and correct copy of historical stock price data from finance.yahoo.com indicating Biofarm, Inc.'s closing price on December 10, 2004.

9. Attached as Exhibit 8 are true and correct copies of Biofarm, Inc.'s and FW Corp.'s Reports on Form 8-K filed with the SEC on April 11, 2005, June 13, 2005, September 9, 2005 and September 20, 2005.

10. Attached as Exhibit 9 are true and correct copies of FW Corp.'s Reports on Form 8-K filed with the SEC on June 29, 2005, September 20, 2005 and October 20, 2005.

11. Attached as Exhibit 10 is a true and correct copy of FW Corp.'s Report on Form 8-K filed with the SEC on May 3, 2006.

DECLARATION OF HOLLY BAUDLER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR TRO
CASE NO. 07-02869 SBA

12. Attached as Exhibit 11 is a true and correct copy of FW Corp.'s Report on Form 8-K filed with the SEC on August 15, 2006.

13. Attached as Exhibit 12 is a true and correct copy of FW Corp.'s Report on Form 8-K filed with the SEC on August 10, 2006.

14. Attached as Exhibit 13 is a true and correct copy of FW Corp.'s Report on Form 8-K filed with the SEC on August 25, 2006.

15. Attached as Exhibit 14 is a true and correct copy of PSI Corporation's ("PSI") Report on Form 8-K filed with the SEC on November 9, 2006.

16. Attached as Exhibit 15 is a true and correct copy of historical stock price data obtained from finance.yahoo.com for FW Corp. (now PSI) from April 27, 2006 through December 20, 2006.

17. Attached as Exhibit 16 is a true and correct copy of PSI's Report on Form 8-K filed with the SEC on January 24, 2007.

18. Attached as Exhibit 17 is a true and correct copy of historical stock price data obtained from finance.yahoo.com for PSI from January 16, 2007 through May 23, 2007 and for June 5, 2007, which appears to be the most recent trade recorded.

19. Attached as Exhibit 18 is a true and correct copy of a printout of PSI's stock price and volume for the time period May 2, 2007 to June 6, 2007. I reached this data provider by following the link contained on Pantel's own website, on its investor relations page.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2007.

_____Holly Baudler_____
Holly Baudler