LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HOLLY B. BAUDLER (Bar No. 238843)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com
Holly.Baudler@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>　　　　　　　Defendants. | Case No. 07-02869 SBA<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Saundra B. Armstrong<br>Time:<br>Complaint filed: June 1, 2007 |

Heller Ehrman LLP

1  I, Ramona Altamirano, declare as follows:

2  I am employed with the law firm of Heller Ehrman LLP, attorneys of record for
3  defendant friendlyway AG. My business address is 275 Middlefield Road, Menlo Park,
4  California 94025. On June 7, 2007, I served the document(s) listed below on the interested
5  parties in this action in the manner indicated below:

6  **Notice of Appearance**

7  **Defendant Friendlyway AG's Memorandum Of Points And Authorities In
8  Opposition To Plaintiff's Motion For Temporary Restraining Order**

9  **Declaration Of Klaus Trox In Support Of Defendant Friendlyway AG's
   Opposition To Plaintiff's Motion For Temporary Restraining Order**

11 **Declaration Of Holly Baudler In Support Of Defendant Friendlyway AG's
   Opposition To Plaintiff's Motion For Temporary Restraining Order**

**Party(ies) Served**

Charles Wheeler                           **VIA FEDERAL EXPRESS**
Cozen O'Connor
425 California Street, Suite 2400
San Francisco, CA 94104-2215
(415) 617-6100
Fax: (415) 617-6101

**Manner of Service**

[ ] BY MAIL: I am readily familiar with the business practice for collection and
processing correspondence for mailing with the United States Postal Service. I know
that the correspondence was deposited with the United States Postal Service on the
same day this declaration was executed in the ordinary course of business. I know
that the envelopes were sealed, and with postage thereon fully prepaid, placed for
collection and mailing on this date, following ordinary business practices, in the
United States mail at San Diego, California. I caused the document(s) to be sent by
mail via United States Postal Service.

[XX] BY FEDEX. I caused the document(s) identified above to be delivered to the above
party(ies) via next business day delivery by FEDEX overnight delivery service.

[ ] BY HAND DELIVERY: I caused the document(s) named above to be delivered by
hand to the party(s) identified above by personal delivery at the address indicated
above by Careful Courier, whose address is: _____, CA _____ by the close of
business on the date indicated.

1

PROOF OF SERVICE
CASE NO. 07-02869 SBA

Heller Ehrman LLP

1  [ ]  BY FACSIMILE: I caused the document(s) to be sent via facsimile to the party(ies) identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ]  (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons listed under parties served at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Menlo Park, California, on June 7, 2007.

*Ramona Altamirano*
Ramona Altamirano

Heller Ehrman LLP

2

PROOF OF SERVICE
CASE NO. 07-02869 SBA