1  David A Felice (DE 4090); PA (94639);
   AL (ASB-1232-D55F)
2  COZEN O'CONNOR
   1201 North Market Street
3  Wilmington, Delaware 19801
   Telephone: 302.295.2011
4  Facsimile: 866.776.8911
   Email: dfelice@cozen.com
5
   Attorneys for Plaintiff (pro hac vice)
6  PSI CORPORATION

RECEIVED

JUN - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No.: C 07-02869 SBA <br><br> (Proposed) <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

David A. Felice, an active member in good standing of the bars of the States of Delaware and Alabama and the Commonwealth of Pennsylvania, whose business address and telephone number is Cozen O'Connor, 1201 North Market Street, Wilmington, Delaware, 19801, telephone number 302.295.2011, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PSI Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  DATED: June 14, 2007          _____
5                                                        Sandra B. Armstrong
                                                 United States District/Magistrate Judge
6  ///
   ///

27  SAN_FRANCISCO\41219\1 198844.000
28

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2