```
 1  George M. Gowen III (PA # 83210)
    COZEN O'CONNOR
 2  1900 Market Street
    Philadelphia, PA  19103
 3  Telephone: 215.665.2781
    Facsimile: 215.701.2028
 4  Email: ggowen@cozen.com

 5  Attorneys for Plaintiff (pro hac vice)
    PSI CORPORATION
 6
```

**RECEIVED**

JUN - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No.: C 07-02869 SBA <br><br> (Proposed) <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

George M. Gowen III, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address and telephone number is Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, telephone number 215.665.2781, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PSI Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  DATED: June 14, 2007                    /s/ Saundra B. Armstrong
5                                          United States District/Magistrate Judge
6  ///
   ///

///

SAN_FRANCISCO\41223\1 198544.000

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
2