| | |
|---|---|
| 1 | Daniel D. Harshman, Esq. (SBN 177139 |
| 2 | Charles L. Wheeler, Esq. (SBN     ) |
|   | Cozen O'Connor |
| 3 | 425 California Street, Suite 2400 |
|   | San Francisco, California 94104-2215 |
| 4 | Telephone: 415/617-6100 |
|   | Facsimile:  415/617-6101 |
| 5 | Email: dharshman@cozen.com |
| 6 |        cwheeler@cozen.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), | Case No. C 07-02869 SBA |
| 12 | | |
| 13 | Plaintiff, vs. | **PROOF OF SERVICE OF SUMMONS** [Defendant Pacific Capsource, Inc.] |
| 14 | | |
| 15 | ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., | |
| 20 | | |
| 21 | Nominal Defendants. | |

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1
PROOF OF SERVICE – Case No. C 07-02869 SBA

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>DANIEL D. HARSHAMN, ESQ.<br>COZEN O' CONNOR<br>425 CALIFORNIA STREET, SUITE 2400<br>SAN FRANCISCO, CALIFORNIA 94104-2215<br>TELEPHONE NO.: (415) 617-6100    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL PASO
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN FRANCISCO, CALIFORNIA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: PSI CORPORATION

DEFENDANT/RESPONDENT: ALEXANDER WELCZEK

CASE NUMBER: C072869

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: SEE ATTACHED PAGE

3. a. Party served *(specify name of party as shown on documents served)*:
      PACIFIC CAPSOURCE, INC.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1110 SALEM ROSE COURT LAS VEGAS, NV 89144

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6-11-07    (2) at *(time)*: 7:09 PM
   b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
          *(date)*:    from *(city)*:    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: PSI CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALEXANDER WELCZEK | C072869 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:             (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      - ☑ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: CHANDRA ELLIS/LEGAL WINGS
   b. Address: 1118 FREMONT STREET LAS VEGAS, NV 89101
   c. Telephone number: (702) 384-0305
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☒ employee ☐ independent contractor.
         (ii) Registration No.: 389
         (iii) County: CLARK

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 6-14-07

CHANDRA ELLIS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**            Page 2 of 2

# **ATTACHMENT**

- SUMMONS IN A CIVIL CASE
- COMPLAINT
- CIVIL COVER SHEET
- NOTICE OF ASSIGNMENT OF CASE A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER
- (BLANK) STANDING ORDER RE CASE MANAGEMENT CONFERENCE
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- REASSIGNMENT ORDER