Daniel D. Harshman, Esq. (SBN 177139
Charles L. Wheeler, Esq. (SBN    )
Cozen O'Connor
425 California Street, Suite 2400
San Francisco, California 94104-2215
Telephone: 415/617-6100
Facsimile:  415/617-6101
Email: dharshman@cozen.com
       cwheeler@cozen.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>            Plaintiff,<br>vs.<br><br>ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>            Defendants. | Case No. C 07-02869 SBA<br><br>**NOTICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>            Nominal Defendants. | |

NOTICE IS HEREBY GIVEN of the court's Order contained in the Case Management Scheduling Order for Reassigned Civil Cases (attached hereto as **Exhibit "A"**).

Dated: June 29, 2007                                    COZEN O'CONNOR

                                                    By: *[signature]* Daniel D. Harshman
                                                        Daniel D. Harshman
                                                        Attorneys for Plaintiff PSI CORPORATION

---

1
NOTICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES
Case No. C 07-02869 SBA

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, | No. C 07-02869 SBA |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES** |
| v. | |
| ALEXANDER VON WELCZEK, | |
| Defendant._____/ | |

    This action having been reassigned to the Honorable Saundra Brown Armstrong,

    IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2. The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled for **September 6, 2007, at 3:45 p.m.**, via telephone.

    **Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. (**NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.**)

    Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

Dated: 6/29/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

To:

# JUDGE ARMSTRONG'S STANDING ORDERS

1. Counsel are expected to consult and comply with all provisions of the Local Rules of Court relating to continuances, motions and all other matters.
2. **Civil Law & Motion will be held at 1:00 p.m.,** on Tuesdays. Criminal Law & Motion will be held at 9:00 a.m. on Tuesdays. Civil matters shall not be noticed for hearing on a Tuesday following an official court holiday that falls on a Monday.
3. The parties need not reserve a hearing date. However, the parties are advised to check the court's calendar at www.cand.uscourts.gov for the next available hearing date. Matter's are calendared on a first come first serve basis. You MUST submit a hard copy of all motion papers filed in E-FILED cases in order to be placed on calendar!!
4. Before appearing for a matter before this Court all parties shall check the court's calendar at www.cand.uscourts.gov to confirm that their matters are still on calendar.
5. **Meet and Confer Requirement;** All parties are expected to meet and confer before filing any motion before this court.
6. **Summary judgment/ adjudication:** The parties are not required to file statements of undisputed facts in connection with a motion for summary judgment. However, if the parties desire to file a statement of undisputed facts, only <u>one joint</u> statement of undisputed facts <u>signed</u> by <u>allparties</u> shall be filed. All separate statements will be stricken. If the parties are unable to agree that a fact is undisputed, they should assume that fact is in dispute.
7. **Proposed orders:** Each party filing or opposing a motion shall also serve and file a proposed order which sets forth the relief of action which includes that the party requests the Court to adopt, a short statement of the rationale of decision including citation to authority.
8. The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion.
9. **Criminal Law & Motion will be held at 9:00 a.m.,** on Tuesdays. Prior to a plea being entered in a criminal case, a copy of the plea agreement must be submitted to chambers no later then the Friday before the plea is to be taken. All persons pleading guilty must complete an application for permission to enter plea of guilty, which is available on the Court's website at www.cand.uscourts.gov.
10. **In All "E-Filing" Cases Effective Immediately,** when filing papers in connection with any motion or case management conference, the parties shall, in addition to filing papers electronically, lodge with the Clerk's Office a printed copy of the papers by the close of business the following day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the judge's name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any other document with the Clerk's Office that has already been filed electronically. You MUST submit a hard copy of all motion papers filed in E-FILED cases in order to be placed on calendar!!

1  In addition to the requirements set forth in the Civil L.R. 16-10, counsel are expected to comply with the following:

2

3      **A.**     **Filing Case Management Statements**

4          Counsel are expected to comply with this Standing Order concerning the joint filing of the Case Management Statement. In preparing the Case Management Statement, the parties shall use the Standing Order For All Judges Of The Northern District Of California . Note that **no** party may submit a separate Case Management Statement. Disagreements among parties with respect to any of the matters contained in the Case Management Statement shall be set forth in the appropriate sections.

5

6

7

8          Counsel are further expected to file a Case Management Statement at least ten (10) days before each and every scheduled Case Management Conference conducted in this action. If there is no change in the status of the case from the time the last statement was filed, counsel shall indicate as such in a pleading and attach a copy of the most recently filed Case Management Statement to the pleading. Failure to timely file a Case Management Statement may result in sanctions.

9

10

11     **B.**     **Appearance At The Case Management Conference**

12         Each party shall be represented at the Case Management Conference by Counsel prepared to address all of the matters referred to in the Standing Order For All Judges Of The Northern District Of California., and with authority to enter into stipulations and make admissions pursuant to this and Fed. R. Civ. P. 16(a) and (c). Representatives of the parties may, but are not required to, attend. Unless otherwise specified, all Case Management Conferences shall take place via telephone. Plaintiff or his/her counsel is responsible for setting up the conference call. Plaintiff or his/her counsel will be notified of the date and time of the telephone conference call by Clerk's Notice shortly after the case has been filed.

13

14

15

16

17         Any request to reschedule the above dates shall be made in compliance with Civil L.R. 7-12 and must be made at least ten days prior to the date sought to be modified. Counsel shall not contact the chambers of Judge Armstrong regarding requests to modify provisions of this Standing Order; all requests must be submitted in writing and served on all parties to the action.

18

19

20         The parties should be prepared to address and resolve at the Case Management Conference all of issues in the Standing Order For All Judges Of The Northern District Of California.

21                                              s/SAUNDRA BROWN ARMSTRONG
22                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
23

24

25

26

27

28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

**NOTICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES**

[XX]   **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

[ ]   **(By Facsimile)** I caused each individual on the attached list to be served via facsimile to the numbers indicated on the attached Service List.

[ ]   **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]   **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed June 29, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

PROOF OF SERVICE
CASE NO. 07-02869 SBA

1

**SERVICE LIST**

2   Lawrence A. Weiss, Esq.                           Attorneys for Defendant
3   Ryan D. Marsh, Esq.                               friendlyway AG
    Holly B. Baudler
4   Heller Ehrman LLP                                 **Service via E-Filing Program**
    275 Middlefield Road
5   Menlo Park, California  94025-3506
    Telephone:  650/324-7000
6   Facsimile:  650/324-0638
7   Email:  Weiss@hellerehrman.com
            Ryan.Marsh@hellerehrman.com
8           Holly.Baudler@hellerehrman.com

9

10  Harry G. Lewis, Esq                               Attorneys for Defendants
    Brian V. Donnelly, Esq.                           Alexander von Welczeck and
11  Cornestone Law Corp.                              Henry Lo
    595 Market Street, Suite 2360
12  San Francisco, California  94105                  **Service via E-Filing Program**
    Telephone:  415/974-1900
13  Facsimile:  415/974-6433

14
    Carl Lippenberger, Esq.                           Attorneys for Nominal Defendant
15  Lippenberger, Thompson, Welch, Soroko & Gil       Karl Johannsmeier
    235 Pine Street, Suite 1300
16  San Francisco, California  94104-2733             **Service via E-Filing Program**
    Telephone:  415/262-1200
17  Facsimile:  415/262-1212

18
    Michael Draper
19  405 – 12th Avenue
    San Francisco, California  94118
20
    Dermaplus, Inc.
21  c/o Michael Draper
    405 – 12th Avenue
22  San Francisco, California  94118

23
    Pacific Capsource, Inc.
24  1110 Salem Rose Court
    Las Vegas, NV  89144
25

26

27

28

2

PROOF OF SERVICE
CASE NO. 07-02869 SBA