1  CARL LIPPENBERGER (SBN 66606)
   LIPPENBERGER, THOMPSON, WELCH, SOROKO & GILBERT LLP
2  201 Tamal Vista Blvd
   Corte Madera, CA 94925
3  (415) 927-5200

4  Attorneys for Nominal Defendant
   Karl Johannsmeier

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PSI CORPORATION, f/k/a
   FRIENDLYWAY CORPORATION,
12 f/k/a BIOFARM, INC.

13              Plaintiffs,

14   vs.

15

16 ALEXANDER VON WELCZEK,          Case No. C-07-2869 SBA
   HENRY LO, MICHAEL DRAPER,
17 and FRIENDLYWAY AG,

                                   STIPULATION EXTENDING TIME
18              Defendants.         TO RESPOND TO COMPLAINT

19 ─────────────────────────────

20 FRIENDLYWAY, INC.; KARL
   JOHANNSMEIER, PACIFIC
21 CAPSOURCE, INC., and DERMA
   PLUS, INC.
22
                Nominal Defendants.
23

24

25      IT IS HEREBY STIPULATED by and between the parties hereto though their

26 respective undersigned attorneys that Nominal Defendant Karl Johannsmeier shall have

27 // 

28 101ODR.1264                          1                              J5640.3

1

// //

2

to and including July 26, 2007 to respond to the complaint in this action.

3

4    Dated: June 19, 2007                    COZEN O'CONNOR

5

6                                            by _____

7                                               Daniel D. Harshman
                                                Attorneys for Plaintiffs

8

9    Dated: June 21, 2007                    LIPPENBERGER, THOMPSON, WELCH,
                                             SOROKO & GILBERT LLP

10

11

12                                           by _____
                                                Carl Lippenberger

13                                              Attorneys for Nominal Defendant Karl Johannsmeier

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    101ODR.1264                            2                              J5640.3