LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. 07-02869 SBA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS plaintiff PSI Corporation filed its Complaint on June 1, 2007; and

WHEREAS plaintiff PSI Corporation and defendant friendlyway AG have separately agreed on a method for service of process upon friendlyway AG; and

WHEREAS the parties have agreed on a date by which friendlyway AG shall answer, move or otherwise respond to the Complaint; and

WHEREAS the parties' agreement does not alter the date of any event or any deadline already fixed by Court order;

1

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2  that defendant friendlyway AG shall have through and including August 21, 2007 to
3  answer, move or otherwise respond to the Complaint.

DATED: July 11, 2007                HELLER EHRMAN LLP

By /s/ Laurence A. Weiss
LAURENCE A. WEISS

Attorneys for Defendant
friendlyway AG

DATED: July 11, 2007                COZEN O'CONNOR

By /s/ Daniel D. Harshman
DANIEL D. HARSHMAN

Attorneys for Plaintiff
PSI Corporation

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT - CASE NO. 07-02869 SBA