Daniel D. Harshman (SBN# 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br>vs.<br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>**ACCEPTANCE AND WAIVER OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANT FRIENDLYWAY AG** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | |

The undersigned, counsel for a named Defendant in this action, friendlyway Ag, is authorized to waive service of process and does hereby accept service of the summons and complaint in the case of *PSI Corporation v. von Welczeck, et al*, Case No. C 07-02869 SBA, effective the 10th day of July, 2007.

///
///
///
///

---
1
WAIVER AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT – CASE NO. C 07-02869 SBA

1  I (or the entity on whose behalf I am acting) will retain all defenses or objections to
2  the lawsuit or to the jurisdiction or venue of the court except for objections based on a
3  defect in the summons or in the service of the summons.

5  Dated: July 11, 2007

   *[signature]*
   LAURENCE A. WEISS, ESQ.
   Heller Ehrman, LLP
   Attorneys for Defendant,
   friendlyway AG

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

**ACCEPTANCE AND WAIVER OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANT FRIENDLYWAY AG**

[XX]  **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

[ ]  **(By Facsimile)** I caused each individual on the attached list to be served via facsimile to the numbers indicated on the attached Service List.

[ ]  **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]  **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed July 12, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Lawrence A. Weiss, Esq. | Attorneys for Defendant |
| 3 | Ryan D. Marsh, Esq. | friendlyway AG |
| | Holly B. Baudler | |
| 4 | Heller Ehrman LLP | **Service via E-Filing Program** |
| | 275 Middlefield Road | |
| 5 | Menlo Park, California  94025-3506 | |
| | Telephone:  650/324-7000 | |
| 6 | Facsimile:   650/324-0638 | |
| 7 | Email:  Weiss@hellerehrman.com | |
| | Ryan.Marsh@hellerehrman.com | |
| 8 | Holly.Baudler@hellerehrman.com | |
| 9 | | |
| 10 | Harry G. Lewis, Esq | Attorneys for Defendants |
| | Brian V. Donnelly, Esq. | Alexander von Welczeck and |
| 11 | Cornestone Law Corp. | Henry Lo |
| | 595 Market Street, Suite 2360 | |
| 12 | San Francisco, California  94105 | **Service via E-Filing Program** |
| | Telephone:  415/974-1900 | |
| 13 | Facsimile:   415/974-6433 | |
| 14 | | |
| 15 | Carl Lippenberger, Esq. | Attorneys for Nominal  Defendant |
| | Lippenberger, Thompson, Welch, Soroko & Gil | Karl Johannsmeier |
| | 235 Pine Street, Suite 1300 | |
| 16 | San Francisco, California  94104-2733 | **Service via E-Filing Program** |
| | Telephone:  415/262-1200 | |
| 17 | Facsimile:   415/262-1212 | |
| 18 | | |
| 19 | Michael Draper | |
| | 405 – 12th Avenue | |
| | San Francisco, California  94118 | |
| 20 | | |
| 21 | Dermaplus, Inc. | |
| | c/o Michael Draper | |
| 22 | 405 – 12th Avenue | |
| | San Francisco, California  94118 | |
| 23 | | |
| 24 | Pacific Capsource, Inc. | |
| | 1110 Salem Rose Court | |
| 25 | Las Vegas, NV  89144 | |
| 26 | | |
| 27 | | |
| 28 | | |