1  Daniel D. Harshman (SBN# 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
4  E-mail: dharshman@cozen.com

5  Attorneys for Plaintiff
   PSI CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br>vs.<br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>**DECLARATION OF DANIEL HARSHMAN IN SUPPORT OF PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSIDER RELATED** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | |

I, Daniel D. Harshman, declare:

1. I am an attorney licensed to practice law in the State of California and a member of the bar of this United States District Court. I am counsel of record for Plaintiff PSI Corporation. I have personal knowledge of the facts set forth and if called as a witness could competently testify to the matters set forth in this Declaration.

1

2. On June 13, 2007, I circulated an e-mail to opposing counsel inquiring whether they might stipulate that this case and the case of *friendlyway AG v. PSI Corp.*, Case no. C07-2990 MEJ were "related" within the meaning of L.R. 3-12 and L.R. 7-1. I discussed the "relatedness" issue with several opposing counsel.

3. Attorney Weiss, representing Defendant friendlyway AG, advised that his client would not oppose an administrative motion to find the two cases related under the Local Rule.

4. Attorney Lewis, representing Defendants Henry Lo and Alexander von Welczeck, did not state his position on the relatedness of the two cases.

5. Attorney Lippenberger, representing Defendant Karl Johannsmeier, has not reached a conclusion whether the two cases may be related.

6. As of the date of this Declaration, Plaintiff is attempting to serve the Defendant Michael Draper. The Defendant Derma Plus, Inc. has been served but counsel has not yet entered an appearance for Derma Plus, Inc.

7. Based upon the foregoing, a stipulation among all parties and their counsel regarding "related cases" under Civil L.R. 3-12 is not feasible.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2007 at San Francisco, California.

s/Daniel D. Harshman
Daniel D. Harshman

SAN_FRANCISCO\41235\1  198844.000