Daniel D. Harshman (SBN# 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 SBA <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION THAT CASES ARE CONSIDER RELATED |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

The administrative motion of Plaintiff PSI Corporation pursuant to Civil L.R. 3-12 came before The Honorable Saundra B. Armstrong for consideration. The court having reviewed Plaintiff PSI Corporation's Administrative Motion to Consider Whether Cases Should be Considered Related and the accompanying Declaration of Daniel D. Harshman, good cause appearing therefore,

1

[PROPOSED] ORDER GRANTING PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE
MOTION THAT CASES ARE CONSIDER RELATED
Case No. C 07-02869 SBA

The court finds that the case of *friendlyway Ag v. PSI Corporation,* Case No. C 07 – 2990 MEJ is related to this case because the two actions concern substantially the same property and/or transaction within the meaning of L.R. 3-12(a). Accordingly, Plaintiff's Administration Motion is GRANTED.

IT IS HEREBY ORDERED that the two actions are related within the meaning of L.R. 3-12(a).

Dated: _____

_____
The Honorable Saundra B. Armstrong
United States District Court Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE
MOTION THAT CASES ARE CONSIDER RELATED
Case No. C 07-02869 SBA