1  Daniel D. Harshman (SBN# 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
4  E-mail: dharshman@cozen.com

5  Attorneys for Plaintiff
   PSI CORPORATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 SBA <br><br> **PROOF OF SERVICE** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

///

///

///

///

1

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

- **Plaintiff PSI Corporation's Administrative Motion to Consider Whether Cases Should be Considered Related;**

- **Declaration of Daniel D. Harshman in Support of Motion to Consider Whether Cases Should be Considered Related;**

- **[Proposed] Order Granting Plaintiff PSI Corporation's Administrative Motion that Cases are Deemed Related.**

[XX]    **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

[ ]    **(By Facsimile)** I caused each individual on the attached list to be served via facsimile to the numbers indicated on the attached Service List.

[ ]    **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]    **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed July 2, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

## SERVICE LIST

| | |
|---|---|
| Lawrence A. Weiss, Esq.<br>Ryan D. Marsh, Esq.<br>Holly B. Baudler<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, California 94025-3506<br>Telephone: 650/324-7000<br>Facsimile: 650/324-0638<br>Email: Weiss@hellerehrman.com<br>       Ryan.Marsh@hellerehrman.com<br>       Holly.Baudler@hellerehrman.com | Attorneys for Defendant<br>friendlyway AG<br><br>**Service via E-Filing Program** |
| Harry G. Lewis, Esq<br>Brian V. Donnelly, Esq.<br>Cornestone Law Corp.<br>595 Market Street, Suite 2360<br>San Francisco, California 94105<br>Telephone: 415/974-1900<br>Facsimile: 415/974-6433 | Attorneys for Defendants<br>Alexander von Welczeck and<br>Henry Lo<br><br>**Service via E-Filing Program** |
| Carl Lippenberger, Esq.<br>Lippenberger, Thompson, Welch, Soroko & Gil<br>235 Pine Street, Suite 1300<br>San Francisco, California 94104-2733<br>Telephone: 415/262-1200<br>Facsimile: 415/262-1212 | Attorneys for Nominal Defendant<br>Karl Johannsmeier<br><br>**Service via E-Filing Program** |

Michael Draper
405 – 12th Avenue
San Francisco, California 94118

Dermaplus, Inc.
c/o Michael Draper
405 – 12th Avenue
San Francisco, California 94118

Pacific Capsource, Inc.
1110 Salem Rose Court
Las Vegas, NV 89144