Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN# 82915)
Cozen O'Connor
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com
         cwheeler@cozen.com

Attorneys for Plaintiff
PSI Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND BRANCH

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 SBA <br><br> **[PROPOSED] ORDER REGARDING PSI CORPORATION'S MOTION TO DISMISS DEFENDANTS VON WELCZECK AND LO'S CROSS-COMPLAINT** <br><br> **JURY TRIAL DEMANDED** <br><br> Date : September 11, 2007 <br> Time : 1:00 p.m. <br> Dept. : Courtroom 3, 3rd Floor |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

On September 11, 2007 at 1:00 p.m., in Courtroom 3, Third Floor, the Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) filed by PSI Corporation came on a regularly scheduled hearing. George Gowen and Daniel Harshman, for the law firm of Cozen O'Connor, appeared on behalf of the Plaintiff, PSI Corporation. Harry G. Lewis for the Cornerstone Law Group appeared on behalf of the Defendants Alexander von Welczeck and Henry Lo.

The Court, having read and considered the parties' papers and having heard oral arguments of counsel, good cause having been shown, finds that Defendants' Cross Complaint failed to state a claim upon which relief can be granted in the following Counts of their Cross Complaint:

  1. Second Claim for Relief alleging breach of contract regarding the SEA/Closing Agreement;

  2. Third Claim for Relief alleging breach of contract for the FW Corp./Pantel Merger relating to a $50,000 line of credit; and;

  3. Fourth Claim for Relief alleging unjust enrichment.

  It is therefore ORDERED that Plaintiff PSI Corporation's Motion to Dismiss is GRANTED and the aforementioned claims for relief are hereby dismissed from the Cross-complaint with prejudice.

Dated: _____     _____

               United States District Judge

SAN_FRANCISCO\41735\1 198844.000

2