1  Daniel D. Harshman (SBN# 177139)
2  Cozen O'Connor
   425 California Street, Suite 2400
3  San Francisco, CA  94104
4  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
5  E-mail: dharshman@cozen.com

6
   Attorneys for Plaintiff
7  PSI Corporation

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND BRANCH

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), | Case No. C 07-02869 SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, | |
| Defendants. | |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., | |
| Nominal Defendants. | |

///

///

///

PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

- **PSI CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS VON WELCZECK'S AND LO'S CROSS-COMPLAINT;**

- **PSI CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS DEFENDANTS VON WELCZEK'S AND LO'S CROSS-COMPLAINT [PARTS I, II, III, IV and V OF V];**

- **PSI CORPORATION'S REQUEST FOR JUDICIAL NOTICE FOR ITS MOTION TO DISMISS DEFENDANTS VON WELCZECK'S AND LO'S CROSS-COMPLAINT;**

- **[PROPOSED []] ORDER REGARDING PSI CORPORATION'S MOTION TO DISMISS DEFENDANT'S DISMISS DEFENDANTS VON WELCZECK'S AND LO'S CROSS-COMPLAINT;**

- **PROOF OF SERVICE.**

[XX] **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed July 16, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

PROOF OF SERVICE
CASE NO. 07-02869 SBA

## SERVICE LIST

| | |
|---|---|
| Lawrence A. Weiss, Esq.<br>Ryan D. Marsh, Esq.<br>Holly B. Baudler<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, California  94025-3506<br>Telephone:  650/324-7000<br>Facsimile:  650/324-0638<br>Email:  Weiss@hellerehrman.com<br>         Ryan.Marsh@hellerehrman.com<br>         Holly.Baudler@hellerehrman.com | Attorneys for Defendant<br>friendlyway AG<br><br>**Service via E-Filing Program** |
| Harry G. Lewis, Esq<br>Brian V. Donnelly, Esq.<br>Cornestone Law Corp.<br>595 Market Street, Suite 2360<br>San Francisco, California  94105<br>Telephone: 415/974-1900<br>Facsimile:  415/974-6433 | Attorneys for Defendants<br>Alexander von Welczeck and<br>Henry Lo<br><br>**Service via E-Filing Program** |
| Carl Lippenberger, Esq.<br>Lippenberger, Thompson, Welch, Soroko & Gil<br>235 Pine Street, Suite 1300<br>San Francisco, California  94104-2733<br>Telephone: 415/262-1200<br>Facsimile:  415/262-1212 | Attorneys for Nominal  Defendant<br>Karl Johannsmeier<br><br>**Service via E-Filing Program** |

Michael Draper
405 – 12th Avenue
San Francisco, California  94118

Dermaplus, Inc.
c/o Michael Draper
405 – 12th Avenue
San Francisco, California  94118

Pacific Capsource, Inc.
1110 Salem Rose Court
Las Vegas, NV  89144

PROOF OF SERVICE
CASE NO. 07-02869 SBA