1  Daniel D. Harshman (SBN 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4  Email: dharshman@cozen.com

5  Attorneys for Plaintiff
   PSI CORPORATION
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 PSI CORPORATION, f/k/a/ FRIENDLYWAY     )  Case No.: . C 07-02869 SBA
   CORPORATION, f/k/a BIOFARM, INC.,       )
11                                         )  **PROOF OF SERVICE**
                                           )  **Michael Draper, individually**
           Plaintiff,                      )
12                                         )
       vs.                                 )
13                                         )
   ALEXANDER VON WELCZEK, HENRY LO,        )
14 MICHAEL DRAPER, and FRIENDLYWAY AG,     )
                                           )
15         Defendants..                    )
                                           )
16
   FRIENDLYWAY, INC., KARL JOHANNSMEIER,
17 PACIFIC CAPSOURCE, INC., and DERMAPLUS,
   INC.,
18
           Nominal Defendants.
19 ─────────────────────────────

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1
                       PROOF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | JULY 31, 2007 |
| Name of SERVER | TITLE |
| MARGO EVASHEVSKI | PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: MICHAEL DRAPER
1227 37th Ave, San Francisco, CA 94122

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $375 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/31/07
Date

Margo (signature)
Signature of Server

479 15TH Ave, San Francisco, CA 94118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.