| | |
|---|---|
| 1 | Daniel D. Harshman (SBN 177139) |
|   | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
|   | San Francisco, California 94104 |
| 3 | Telephone: 415.617.6100 |
|   | Facsimile: 415.617.6101 |
| 4 | Email: dharshman@cozen.com |
| 5 | Attorneys for Plaintiff |
|   | PSI CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC., | ) ) | Case No.: . C 07-02869 SBA |
| Plaintiff, | ) ) | **PROOF OF SERVICE** **Dermaplus, Inc.** |
| vs. | ) ) | |
| ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, | ) ) ) | |
| Defendants.. | ) ) | |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMAPLUS, INC., | | |
| Nominal Defendants. | | |

///
///
///
///
///
///
///
///
///

1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | JULY 31, 2007 |
| Name of SERVER<br>MARGO EVASHEUSKI | TITLE<br>PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: MICHAEL DRAPER, AGENT FOR DERMAPLUS 1227 37th Ave, San Francisco, CA 94122

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>$375 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/07
         Date

Signature of Server: *Margo (signature)*

479 15th Ave, San Francisco, CA 94118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.