```
LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com

Attorneys for Defendant
friendlyway AG
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. 07-02869 SBA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS plaintiff PSI Corporation filed its Complaint on June 1, 2007 in this court; and

WHEREAS the current deadline for defendant Friendlyway AG to answer, move or otherwise respond to the Complaint is August 21, 2007; and

WHEREAS the parties have agreed to extend the time by which friendlyway AG shall answer, move or otherwise respond to the Complaint; and

WHEREAS the parties' agreement does not alter the date of any event or any

deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendant friendlyway AG shall have through and including September 7, 2007 to answer, move or otherwise respond to the Complaint.

DATED: August 14, 2007

HELLER EHRMAN LLP

By _Laurence A. Weiss /RDM_
LAURENCE A. WEISS

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

DATED: August 10, 2007

COZEN O'CONNOR

By _Daniel D. H._
DANIEL D. HARSHMAN

Attorneys for Defendant and Counterclaimant
PSI Corporation