Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN# 82915)
Cozen O'Connor
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com
          cwheeler@cozen.com

Attorneys for Plaintiff
PSI Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), <br><br> Plaintiff, <br> vs. <br> ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, <br><br> Defendants. | Case No. C 07-02869 SBA <br><br> **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT DERMA PLUS, INC.** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., <br><br> Nominal Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff PSI Corporation, (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.) hereby requests that the clerk of the above-entitled Court enter default in this matter against defendant DERMA PLUS, INC. on the grounds that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on defendant DERMA PLUS, INC. on July 6, 2007 and July 31, 2007, evidenced by the proofs of service of summons on file with the Court [Document 49 and Document 53].

Dated:  August 22, 2007                                        COZEN O'CONNOR

                                                  By:     /s/Daniel D. Harshman____
                                                          DANIEL D. HARSHMAN
                                                          Attorneys for Plaintiff
                                                          PSI Corporation

SAN_FRANCISCO\42260\1  198844.000

2

REQUEST TO ENTER DEFAULT AGAINST DEFENDANT DERMA PLUS, INC.
CASE NO. C 07-02869 SBA