1  Daniel D. Harshman (SBN# 177139)
2  Charles E. Wheeler (SBN# 82915)
   Cozen O'Connor
3  425 California Street, Suite 2400
   San Francisco, CA  94104
4  Telephone:  (415) 617-6100
5  Facsimile: (415) 617-6101
   E-mail: dharshman@cozen.com
6          cwheeler@cozen.com

7
   Attorneys for Plaintiff
8  PSI Corporation

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND BRANCH

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.), | Case No. C 07-02869 SBA |
| Plaintiff, | **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL DRAPER** |
| vs. | |
| ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, | |
| Defendants. | |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., | |
| Nominal Defendants. | |

REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL DRAPER
CASE NO. C 07-02869 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff PSI Corporation, (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.) hereby requests that the clerk of the above-entitled Court enter default in this matter against defendant MICHAEL DRAPER on the grounds that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on defendant MICHAEL DRAPER on July 31, 2007, evidenced by the proof of service of summons on file with the Court [Document 48].

Dated:  August 22, 2007                              COZEN O'CONNOR

                                                      By:    /s/Daniel D. Harshman
                                                            DANIEL D. HARSHMAN
                                                            Attorneys for Plaintiff
                                                            PSI Corporation

SAN_FRANCISCO\42236\1  198844.000