**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

August 23, 2007

RE:  CV 07-02869 SBA          PSI Corporation-v- Welczek

Default is entered as to Derma Plus, Inc. on 8/23/07.

  
  
RICHARD W. WIEKING, Clerk

by Kelly Collins  
Case Systems Administrator

NDC TR-4  Rev. 3/89