**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 23, 2007

RE:  CV 07-02869 SBA        PSI Corporation-v- Welczek

Default is entered as to Michael Draper on 8/23/07.

                                        RICHARD W. WIEKING, Clerk

                                        by Kelly Collins
                                        Case Systems Administrator

NDC TR-4  Rev. 3/89