1  CARL LIPPENBERGER (SBN 66606)
   LIPPENBERGER, THOMPSON, WELCH, SOROKO & GILBERT LLP
2  201 Tamal Vista Blvd
   Corte Madera, CA 94925
3  (415) 927-5200

4  Attorneys for Nominal Defendant
   Karl Johannsmeier

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, f/k/a FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| FRIENDLYWAY, INC.; KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.<br><br>Nominal Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto though their respective undersigned attorneys that Nominal Defendant Karl Johannsmeier shall have

1  //

2  to and including September 7, 2007 to respond to the complaint in this action.

Dated: August 24, 2007                    COZEN O'CONNOR


by _____
   Daniel D. Harshman
   Attorneys for Plaintiffs


Dated: August 28, 2007                    LIPPENBERGER, THOMPSON, WELCH,
                                          SOROKO & GILBERT LLP


by _____
   Carl Lippenberger
   Attorneys for Nominal Defendant Karl Johannsmeier

101ODR.1285                               2                                    J5640.3