IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>    Plaintiff,<br>vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>    Defendants. | No. C 07-02869 SBA<br><br>**ORDER** |

On June 26, 2007, defendants Welczeck and Lo filed their Answers and Counterclaim in response to plaintiff's Complaint. On July 16, 2007, plaintiff filed the instant motion to dismiss Counts Two, Three and Four of the Welczeck's and Lo's Counterclaim, and noticed it for hearing on September 11, 2007. On September 5, 2007, defendants filed an amended counterclaim.

Accordingly, IT IS HEREBY ORDERED THAT the Court DENIES as MOOT plaintiff's motion to dismiss [Docket No. 37], without prejudice as to PSI reurging its motion to dismiss with respect to the amended counterclaim.

IT IS SO ORDERED.

Dated: 9/6/07

SAUNDRA BROWN ARMSTRONG
United States District Judge