1  LAURENCE A WEISS (Bar No. 164638)
   RYAN D. MARSH (Bar No. 237259)
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, California 94025-3506
   Telephone: (650) 324-7000
4  Facsimile: (650) 324-0638
   Laurence.Weiss@hellerehrman.com
5  Ryan.Marsh@hellerehrman.com

6  Attorneys for Defendant
   friendlyway AG
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | PSI CORPORATION (f/k/a          | Case No. 07-02869 SBA
   | FRIENDLYWAY CORPORATION         |
13 | f/k/a BIOFARM, INC.)             |
   |                                  | **STIPULATION FOR FURTHER
14 |                Plaintiff,        | EXTENSION OF TIME FOR
   |                                  | DEFENDANT FRIENDLYWAY AG TO
15 | v.                               | ANSWER, MOVE OR OTHERWISE
   |                                  | RESPOND TO COMPLAINT**
16 | ALEXANDER VON WELCZECK,          |
   | HENRY LO, MICHAEL DRAPER, and    |
17 | FRIENDLYWAY AG,                  |
   |                                  |
18 |                Defendants.       |

19

20

21     WHEREAS plaintiff PSI Corporation filed its Complaint on June 1, 2007 in this

22 court; and

23     WHEREAS on August 14, 2007, the parties stipulated to extend the time for

24 friendlyway AG to answer, move or otherwise respond to the Complaint until September 7,

25 2007; and

26     WHEREAS the parties have agreed to extend further the time by which friendlyway

27 AG shall answer, move or otherwise respond to the Complaint; and

28     WHEREAS the parties' agreement does not alter the date of any event or any

---
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT - CASE NO. 07-02869 SBA

1  deadline already fixed by Court order;

2       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

3  that defendant friendlyway AG shall have through and including September 28, 2007 to

4  answer, move or otherwise respond to the Complaint.

6

7  DATED: August 30, 2007     HELLER EHRMAN LLP

9       By _____
10         LAURENCE A. WEISS

11      Attorneys for Plaintiff and Counterclaim Defendant
12      friendlyway AG

13 DATED: August 30, 2007     COZEN O'CONNOR

15      By _____
16         DANIEL D. HARSHMAN

17      Attorneys for Defendant and Counterclaimant
18      PSI Corporation

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT - CASE NO. 07-02869 SBA