Daniel D. Harshman (SBN 177139)
Charles Wheeler
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California  94104
Telephone: 415.617.6100
Facsimile: 415.617.6101
Email:  dharshman@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION, f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC., | Case No.:  C 07-02869 SBA |
| Plaintiffs, | **PLAINTIFF PSI CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| ALEXANDER VON WELCZEK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG, | Civil L.R. 13-16 |
| | F.R.C.P. 7.1(a) |
| Defendants. | |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC., | |
| Nominal Defendants. | |

Pursuant to Civil L.R.3-16, the undersigned certifies that the following listed

persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in

controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

subject matter or in a party that could be substantially affected by the outcome of this

proceeding:

1

1    All shareholders of publicly held PSI Corporation

2    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned certifies that

3 there is no parent corporation of PSI Corporation and no publicly held corporation that

4 owns 10% or more of the stock of PSI Corporation.

5
6 DATED:  September 17, 2007                    COZEN O'CONNOR

7
8                              By:   /s/Daniel D. Harshman
                                     DANIEL D. HARSHMAN
9                                    Attorneys for Plaintiff
                                     PSI CORPORATION
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2