LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. 07-02869 SBA<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS plaintiff PSI Corporation filed its Complaint on June 1, 2007 in this court; and

WHEREAS on August 14, 2007, the parties stipulated to extend the time for friendlyway AG to answer, move or otherwise respond to the Complaint until September 7, 2007; and

WHEREAS the parties have agreed to extend further the time by which friendlyway AG shall answer, move or otherwise respond to the Complaint; and

WHEREAS the parties' agreement does not alter the date of any event or any

1  deadline already fixed by Court order;

2      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

3  that defendant friendlyway AG shall have through and including September 28, 2007 to

4  answer, move or otherwise respond to the Complaint.

6

7  DATED: August 30, 2007        HELLER EHRMAN LLP

9  By _____
10        LAURENCE A. WEISS

11  Attorneys for Plaintiff and Counterclaim Defendant
12  friendlyway AG

13  DATED: August 30, 2007        COZEN O'CONNOR

15  By _____
16        DANIEL D. HARSHMAN

17  Attorneys for Defendant and Counterclaimant
18  PSI Corporation

2

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT - CASE NO. 07-02869 SBA