DANIEL D. HARSHMAN (Bar No. 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Plaintiff
PSI Corporation

LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: Laurence.Weiss@hellerehrman.com
       Ryan.Marsh@hellerehrman.com

Attorneys for Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.)<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. 07-02869 SBA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRIENDLYWAY AG** |

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff PSI Corporation and defendant friendlyway AG, through their respective counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims that were or could have been asserted in the above-captioned action by plaintiff PSI Corporation against defendant friendlyway AG shall be, and hereby are, dismissed with prejudice; each party hereto to bear its own costs, expenses and attorney's fees incurred herein. PSI Corporation's claims against the defendants in this action other than friendlyway AG are not dismissed by this stipulation.

DATED: September 18, 2007    COZEN O'CONNOR

By _/s/ Daniel D. Harshman_____
   DANIEL D. HARSHMAN

Attorneys for Plaintiff
PSI Corporation

DATED: September 18, 2007    HELLER EHRMAN LLP

By _/s/ Laurence A. Weiss_____
   LAURENCE A. WEISS

Attorneys for Defendant
friendlyway AG

IT IS SO ORDERED.

DATED: _____

By _____
   Saundra Brown Armstrong
   United States District Judge

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRIENDLYWAY AG - CASE NO. 07-02869 SBA