Daniel D. Harshman, (State Bar 177139)
Charles E. Wheeler (State Bar 82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA  94404
Telephone:  415/617-6100
Facsimile:  415/617-6101
Email:  dharshman@cozen.com
        cwheeler@cozen.com

**I**N THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>　　　　　Defendants. | Case No. C 07-02869-SBA<br><br>**NOTICE OF SETTLEMENT** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>　　　　　Nominal Defendants. | |

　　　PLEASE TAKE NOTICE that Plaintiff PSI Corporation has reached a settlement in principle with the Defendants Alexander von Welczeck, Henry Lo, Michael J. Draper, Derma Plus, Inc. and Karl Johannsmeier.  Plaintiff anticipates submitting a Request for

///

///

1

Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as soon as the settlement documents are finalized.

Dated: September 24, 2007                    COZEN O'CONNOR

                                             By:  /s/Daniel D. Harshman
                                                  Daniel D. Harshman
                                                  Attorneys for Defendant
                                                  PSI CORPORATION

SAN_FRANCISCO\42731\1  198844.000

2